IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TANNER KRESAL,

    Plaintiff,

v.

SECURA INSURANCE HOLDINGS,
INC. and KOHN LAW FIRM S.C.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-766-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants SECURA Insurance Holdings, Inc. and Kohn Law Firm S.C. dismissing the case.

| s/ J. Titak, Deputy Clerk | 6/11/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |