UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Tanner Kresal, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SECURA, Insurance Holdings, Inc. a/k/a SECURA Insurance, Inc. a/k/a SECURA Insurance, A Mutual Company a/k/a SECURA Insurance Companies, and Kohn Law Firm, S.C.,<br><br>Defendants. | COURT FILE NO.: 3:17-cv-766-wmc |

## NOTICE OF APPEAL

Plaintiff Tanner Kresal, acting for himself and for a putative class of similarly situated persons, respectfully gives notice that he appeals to the United States Court of Appeals for the Seventh Circuit from:

1. The opinion and Order by the Honorable Judge William M. Conley granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint, which was filed and entered on June 11, 2018 (*ECF No. 41*); and

2. Judgment granting Defendant's Motion to Dismiss Plaintiff's Amended Complaint, which was filed and entered on June 11, 2018 (*ECF No. 42*).

1

Dated this 11th day of July, 2018.

By: s/Thomas J. Lyons

Thomas J. Lyons, Sr., Esq.
Wis. Attorney Lic. No. 1019127
**LYONS LAW FIRM, P.A.**
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: 651-770-9707
tlyons@lyonslawfirm.com
(*COUNSEL OF RECORD ON APPEAL*)

Eric L. Crandall, Esq.
Wis. Attorney Lic. No. 1001833
**CRANDALL LAW FIRM**
421 West Second Street
PO Box 27
New Richmond, WI 54017
Telephone: 715-246-1010
Facsimile: 715-246-3793
consumerlaw@frontiernet.net

Thomas J. Lyons, Jr., Esq.
**CONSUMER JUSTICE CENTER P.A.**
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: 651-770-9707
Facsimile: 651-704-0907
tommy@consumerjusticecenter.com

*ATTORNEYS FOR PLAINTIFF*